IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | Case No. 14-21846 DER |
| LINDA S. STIDHAM, | * | (Chapter 13) |
| Debtor. | * | |
| * * * * * * * * | * | * * * * * |
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR SUNSET MORTGAGE LOAN TRUST, SERIES 2014-1, BY AND THROUGH SELENE FINANCE LP, ITS SERVICER AND ATTORNEY-IN-FACT, | * | |
| Movant, | * | |
| vs. | * | |
| LINDA S. STIDHAM BILLIE J. SUPRIK, | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AFFIDAVIT OF DEFAULT**[1]
**(22 Leeway Drive, Baltimore, Maryland 21222)**

I, Irisa Staggers, being duly sworn and deposed and say:

1.   I am over eighteen (18) years of age, competent to testify, and have personal knowledge of the facts stated herein.

2.   I am a Bankruptcy Manager for Selene Finance LP, servicer for Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as trustee for Sunset Mortgage Loan Trust, Series 2014-1 ("Movant"), and I am authorized to make this Affidavit on its behalf.

---

[1] The capitalized terms used in this Affidavit, unless otherwise defined herein, shall have the same meaning as ascribed to them in the Consent Order.

1

3. On November 29, 2000, Movant, successor by assignment, loaned the sum of $97,450.00 to Respondents as is evidenced by the Note. The Note is secured by the Deed of Trust, encumbering the Property.

4. The parties entered into a Consent Order Modifying Automatic Stay and Terminating Co-Debtor Stay, entered by this Court on January 30, 2015 [Paper No. 37] (the "Consent Order").

5. The Debtor and Co-Debtor are in default of the Consent Order for non-payment. Specifically, the Debtor and Co-Debtor failed to make the Mortgage Payments due for March 1, 2015 through and including September 1, 2015, as well as the Cure Payments due for March 15, 2015 through and include July 15, 2015.

6. The foregoing is based upon the books and records of Movant, which books and records are kept and maintained in Movant's regular course of business.

## VERIFICATION

I hereby declare under penalty of perjury that information set forth herein is true to the best of my knowledge, information, and belief.

_____ 9/15/15
Irisa Staggers
Selene Finance LP
9990 Richmond Avenue, Suite 400-South
Houston, TX 77042
(713) 587-9758

*Bankruptcy Manager for Selene Finance LP*

2

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this 18th day of September, 2015, a copy of the foregoing was served on the parties listed below by first-class mail, unless said party is a registered CM/ECF participant and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

| | |
|---|---|
| Linda S. Stidham<br>Billie J. Suprik<br>22 Leeway Blvd.<br>Dundalk, MD 21222<br>*(Debtor and Co-Debtor)* | Nicholas J. DelPizzo, III, Esq.<br>7222 Holabird Avenue<br>Baltimore, MD 21222<br>*(Attorney for Debtor)* |
| Ellen W. Cosby<br>300 E. Joppa Road,<br>Suite 409<br>Towson, MD 21286<br>*(Trustee)* | |

/s/ Stephanie H. Hurley
Stephanie H. Hurley